# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>CALVIN ERIKSEN<br>DOB: xx/xx/1978<br><br>*Defendant(s)* | )<br>)<br>) Case No. **25-M-454 (SCD)**<br>)<br>)<br>)<br>) |



CLERK'S OFFICE
A TRUE COPY
Jul 15, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 13, 2025 & April 4, 2025  in the county of  Milwaukee  in the
Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 2252A(a)(5)(B), and 2252A(b)(2) | Distribution and possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Harleen Kaur*
Complainant's signature

Harleen Kaur, Special Agent - HSI
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 7-15-25

*Stephen C. Dries*
Judge's signature

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Harleen Kaur, being duly sworn, depose and state as follows:

1. Your affiant has been employed as a Special Agent with Homeland Security Investigations ("HSI") since September 2022. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others. This includes investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Sections 1470, 2422, 2251, 2252, 2252A, and 2422 et. seq. I have attended and received training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children.

2. From my experience with investigations involving sexual exploitation of children, I am aware of common methods individuals use to sexually exploit children online. I have participated in all aspects of exploitation investigations, including physical/electronic surveillance, execution of search warrants, undercover operations, analysis of phone and financial records, and arrest of suspects that are exploiting children online. Your Affiant was assigned to the Illinois Internet Crimes Against Children (ICAC) Task Force and has worked investigations involving the online sexual exploitation of children which have included both domestic and international investigations.

3. This affidavit is made in support of an application for an arrest warrant for Calvin ERIKSEN. There is probable cause to believe that ERIKSEN is, or has committed, crimes of

possessing and distributing child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 2252A(a)(5)(B), and 2252A(b)(2).

4. Because this affidavit is being submitted for the limited purposes of applying for a search warrant, your Affiant has not included each and every fact known concerning this investigation. It would be nearly impossible to include all known factual information in this affidavit. Instead, your Affiant has provided a general overview of the investigation and has set forth only the specific facts necessary to establish probable cause. Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim. The information contained in this affidavit is based on your Affiant's personal knowledge and information gained through training and experience, in addition to information obtained by other law enforcement agents and documentary evidence.

## PROBABLE CAUSE

5. On March 18, 2025, Homeland Security Investigations (HSI) Milwaukee received a CyberTip (CT), CT205234755, from National Center for Missing and Exploited Children (NCMEC). CT205234755 was submitted by electronic service provider MediaLab/Kik after the Kik user "anarurin99" uploaded four files of apparent child pornography on between January 13, 2025, and April 4, 2025, from IP address 172.3.213.188 & 172.59.98.98. The user's email address was listed as kev.svensen@gmail.com. The CT also noted that one of the transmitted files was a video that suspect sent to another user via private chat message. The video was distributed on January 13, 2025, at about 01:24:43 UTC, and the suspect's IP address at that time was 172.59.98.98, The CT also provided geo-lookup information on the suspect's IP addresses which were provided as follows: 172.59.98.98 (Port: 62202) Login 01-13-2025 01:24:43 UTC. The CT

also provided geo-lookup information on the suspect's IP addresses which "geo-located" to Milwaukee, WI or Froedtert Memorial Lutheran Hospital.

6. The CT also provided geo-lookup information on the suspect's IP addresses which were provided as follows:

IP address 209.215.133.17, geolocated to Milwaukee, Wisconsin, with Internet Service Provider (ISP) "AT&T Internet/Froedtert Memorial Lutheran Hospital"

IP address 172.59.96.23, geolocated to Milwaukee, Wisconsin, with ISP T-Mobile

IP address 172.59.98.48, geolocated to Milwaukee, Wisconsin, with ISP T-Mobile

IP address 209.215.133.1, geolocated to Milwaukee, Wisconsin, with Froedtert Memorial/Lutheran Hospital

IP address 72.3.213.188, geolocated to New Berlin, WI with ISP AT&T Internet

7. On March 18, 2025, your affiant conducted deconfliction in Internet Crimes Against Children (ICAC) database and found that CT205234755 is directly related to CyberTip (CT) 196082469 and the subsequent HSI case in West Palm Beach, FL. Your affiant received background information on the related HSI case and the events that led up to the identification of "anarurin99".

**BACKGROUND INFORMATION ON HSI WEST PALM BEACH, FL**

8. In August of 2023, a Homeland Security Investigations (HSI) West Palm Beach (WPB) undercover Special Agent (herein referred to as "the UC") acted in an undercover capacity online on the mobile messaging application "Kik[1]" to detect and investigate violations of federal

---

[1] Kik is "the first smartphone messenger with a built-in browser." Kik Messenger allows users to "talk to your friends and browse and share any web site with your friends on Kik." According to their website, Kik Messenger, a free service easily downloaded from the Internet, has become the simplest, fastest, most life-like chat experience you can get on a smartphone. Unlike other messengers, Kik usernames - not phone numbers - are the basis for Kik user accounts, so Kik users are in complete control of with whom they communicate. In addition, Kik users can exchange images, videos, sketches, stickers and even more with mobile web pages.

3

law related to the sexual exploitation of children. At all times relevant to this affidavit, the UC was in the Southern District of Florida. The UC assumed the persona of a 29-year-old female with an 8-year-old daughter, herein referred to as Child1. The UC was monitoring numerous chatrooms including those created for individuals to discuss their interests in "taboo" sex, family incest, child pornography, and the like, to combat the sexual abuse of child and distribution of child pornography.

9. On or about August 4, 2023, at about 6:55 P.M., the UC received a private message from Kik user "anarurin69" (display name "Anaru Rin"). The user stated, "Are you into letting guys play with you and your daughter? M 44 dad btw". The UC did not respond. The same user messaged again on August 5, 2023, "How are you and your daughter?"

10. On August 6, 2023, the UC responded and introduced herself as a 29-year-old female in the United States with an 8-year-old daughter and said, "She hasn't been with any men yet, only me. Where u from?" The user stated he was from the United States and said, "I think that mom and daughters together is a beautiful thing." The UC asked him what he was looking for. On or about August 7, 2023, he replied, "I'd love to have a threesome with a mom and her young daughter".

11. On August 7, 2023, the Kik user told the UC that he was from Wisconsin, and the UC stated she and her child were from Florida. On the same date, the user stated, "Would you be open to letting me fuck you and your daughter together?" The UC said that she would have to feel comfortable trusting him first, and asked him if he was "being for real though or just fantasy talk?" The user responded with sending a photo of himself and said "Bit of both. It's a fantasy until it happens for real". The photo depicted a middle-aged white male with what appeared to be brown hair and blue eyes, wearing a dark jacket. The UC said, "I understand fantasy but if that's what it

4

is for u, that's cool. I'm just not into fantasy chatting". The user replied, "I want it for real. But obvious we need to be comfortable with each other".

12. The UC and Kik user continued communication via Kik. The user stated he did not have previous experience with a child as young as the UC's daughter, but "mostly age 13-14 girls". He told the UC that he thought the first steps they should take would be for the UC to have sex with him while Child1 was there, "then we can start with touching and oral sex slowly." The UC informed him that she was not looking for a "hook up" for her. The user responded that it "takes time to build up to sex with her" (e.g. Child1).

13. On or about August 9, 2023, the Kik user told the UC that he is a physician, specifically a surgeon. Over time he would specify that he did liver surgeries. The UC told him that he had a cooler job than her, to which he said, "Moms that love their young daughters are way cooler than my job. Especially if you're open to letting her be with me too at her age". The UC stated that she has to be careful about which man to pick for Child1, and that she wants Child1 to be "safe and cared for and no injuries." The Kik user said, "I want the same. She should enjoy it and want to do it". The UC asked him again what he would like to do, and he stated, "Well I'd love to have sex with you both. Probably have kids with you both as well. Have an ice family with a unique bond".

14. On August 9, 2023, HSI West Palm Beach HSI agent conducted facial recognition on the picture that the Kik user had sent them. Facial recognition positively identified the Kik user to be Calvin Martin ERIKSEN, date of birth August 31, 1978, Calvin.Eriksen@gmail.com and to be a surgeon at a children's hospital. ERIKSEN was associated with phone 608-658-8962 and 414-805-5800.

5

15. The Kik user then stated he would love to be Child1's "first guy." The UC asked him what he would like to do or teach her, and he stated, "Well I'd like to know what you have done with her. Im guessing touching and oral sex stuff. Use any toys with her? Obviously oral sex with a guy is different than with a girl". He also said, "I like ass eating, I'd love to lick both your and her asses. Would be nice to start teaching her how to lick and suck cock. Do you finger her pussy?" The UC stated she had not "gone all the way in yet with [her] finger". The Kik user stated, "That's a good place to start. Getting her used to fingers in her pussy and ass. Of course slowly gently and with lots of lube. I want her to love the feeling of something inside her. Eventually working up to more than one finger, and then to my cock as she is ready. Of course always together with you."

16. The UC responded, "That's so hot". The Kik user stated, "Yes. Especially when she's so little but loving dick inside her." He then added, "And tbh, if you have periods at age 11-12, it means you're body is ready to be pregnant. Starting to learn about sex earlier than that is not the crazy".

17. On or about August 10, 2023, the Kik user stated his name was "Kevin". He also stated he has a daughter who was almost 22 years old, and a wife who was an at-home mother, which is why he was unable to sexually molest his daughter. On the same date, the user stated that he would love to be with the UC and Child1, and that they "need to figure out how to start together". He said that he wanted to make sure that he and the UC want the same thing, and that the UC would be open to him having sex with both her and Child1. The UC stated that she wanted to lay out rules, to include not causing injuries to the child, and that the user must wear a condom when having sex with Child1. He said, "At first of course. But if we are comfortable I'd love to be

6

able to creampie her and you both". The UC expressed concerns about Child1 contracting diseases, to which he said, "I don't have any diseases and can make sure I'm tested for you both".

18. He then said, "Also I do like anal sex and would want to do it with both of you". The UC asked him if he thought Child1 could do that. He said, "Yes. I think it takes some time and training. I love to eat ass. So licking and gently push my tongue into both your and her assholes. Fingering them too. Getting her used to the feeling. Same thing you would do for her pussy. I'm sure seeing my do anal with you would help her understand and be interested in it". The user also stated "I will teach her about getting her ass eaten. But her learning to suck my cock will be a new thing to learn. Will help having you show her how to suck". He added, "Eventually learn to swallow cum, but maybe first let her lick my cum off of you. I think she'll look so cute with my cock in her mouth. At least get her used to the taste of cum. Alternatively I could cum in your pussy and we could let her lick my cum out of you. Maybe once she's comfortable I can rub my cock on her clit and pussy lips. Then shoot my cum on her cute lil pussy. You or I could lick her pussy clean".

19. The Kik user stated that he may be able to travel in Florida in January 2024 to engage in such acts. He said that at his job, they plan their vacations and time off several months in advance.

20. On or about August 15, 2023, the user and the UC were discussing their day at work. Later in the evening, the UC stated she was done working for the day and was back home with Child1. The user stated, "You should make her lick your pussy while we chat".

21. Anarurin69's description of sexual acts he wanted to perform on Child1 and desire to travel the Southern District of Florida to engage in those acts continued through December 2023.

22. The user also offered that he had experience with the daughter of a single mother he was dating, when her 14-year-old daughter overheard them having sex. Several days later, the

7

teenager asked him if she could see his "dick", so "I told her I'd showed it to her but she had to promise to keep it secret". He stated, "I was so hard when I pulled it out floor [for] her. I let her touch it and stroke it a little. I told her if she keeps going, that I'd want to do naughty things to her." He claimed that he told the girl to take her clothes off, and "I started rubbing and playing with her pussy while she stroked me. I licked and fingered her until she came". This occurred while her mother was at work. He added, "I love how young pussy tastes" and "I had her jerk me and cam on her tits and tummy". The Kik user alleged that he told the girl they could continue to try things as long as she kept it a secret, so they would continue to meet after school before her mother came home from work. He said, "I taught her about sex. Blow jobs. Pussy sex and anal sex too". They continued sexual activity for four years until she moved way for college.

23. On or about October 31, 2023, the Kik user stated "I think if we lived closer we'd have already met". On December 1, 2023, the Kik user stated "If we lived in the same town, I'm sure Child1 would be used to my cock insider her by now". The UC did not receive further communication from him.

24. In August 2023, HSI West Palm Beach served a summons to Kik for subscriber information for the user account anarurin69. Kik provided that the account was being operated on an iPhone, and the email address associated to the account was kev.svensen@gmail.com. Kik also provided the user's Internet Protocol (IP) activity log. A second summons to Kik in October 2023 produced the same results.

25. On or about July 1, 2024, the UC was continuing to monitor numerous taboo chatrooms when she entered a Kik chatroom named "Bad Moms". Upon entering, she found that the Kik user anarurin69 was a current member of the chatroom. This was the first time the UC encountered him since December 2023. The UC then sent him a private message on the same date

8

stating, "Omg hey! Just joined a room and saw ur here too! I haven't heard from u in forever. How are u".

26. On or about July 2, 2024, at about 5:21pm, the Kik user responded, "I'm good baby. How are you two?" The UC said that they have been great, and that she was worried something happened to him because it had been a while since they communicated. The user stated, "Things just got so busy". He asked what was new with them, and the UC said, "It's summer vacation school is out so a lot more play time". He responded, "Wish I could play with you both" and "I'd love to train your daughter to enjoy anal". The UC stated that she thought that was going to happen previously. He replied that he had hoped so, but "work things got crazy. If only you both lived closer". The UC said she did not have enough money to travel up north.

27. The Kik user responded, "I'd love to get you pregnant with another daughter". The UC asked him what he would like to do with her, and he said "Well she needs to learn to suck my cock and do anal sex. Start train her pussy too. I'd love to get her pregnant very young." The UC said she had not tried anal sex with Child1 yet because she thought it would be harder to do that. The user responded, "Assholes stretch more easily than pussy". He asked if the UC has used any toys in the child's vagina yet and said he would love to watch the UC "playing with her". He added, "I'd love to eat both your cute lil assholes".

28. Still on July 2, 2024, at about 8:01pm, the Kik user stated that he would like to see a normal photo of the UC and Child1. The UC asked him to send her one in return. He then sent the UC a photo of himself. The photo depicted a middle-aged white male with brown hair and eyeglasses. He appeared to possibly be wearing medical scrubs. The male resembled the same male in the photo that the user sent to the UC in August 2023. The UC then sent a photo of herself

9

standing next to the purported Child1. He responded, "So sexy!!" and "You must look so amazing naked together".

29. The UC asked him how old he was again. At about 8:09pm he responded, "I'm 45" and sent the UC another photo. The photo depicted an adult white male from the waist down, laying on a bed. He was nude and was holding his erect penis. The UC responded with asking him if he thinks he could fit inside of Child1. He replied, "Eventually" and "I'm sure you'll both enjoy it". The UC stated, "I approve of your dick for her". At 8:16pm, the user replied, "Thanks. I'd love you to show it to her. See what she thinks". The UC said, "Omg really?" He said "Yes". The UC asked him what he would like for her to tell Child1 when she shows him the photo of his penis. He stated, "Tell her that you would like you and her to play with my cock". He then stated that he was driving to work and may lose connection. This concluded his communication on this date. Also note that on this date, Kik showed that this user's account had been active for 461 days.

30. Then, on July 3, 2024, at about 8:46pm, the Kik user messaged the UC again stating, "Good morning baby!" and "Did you show my cock pic to your daughter". The UC informed him that she had not shown it to her yet because Child1 had a sleepover last night at a friend's house because Child1 and her friend were turning 9 years old this summer. He responded, "Has her friend every played with you"? The UC said no, and asked "Still want me to show her your cock tonight when she's home"? He responded "Yes". The UC stated she would let him know what the child says. The Kik user stated that he would be online tonight.

31. The UC asked him if he was actually serious about meeting her and Child1, or if it was just nice for him to think about. He stated, "I'd love to meet you both" and "I really do want to have sex with you and Child1".

10

32. The UC also asked him what types of videos he likes. At about 10:13am he stated, "I do love seeing young girls doing anal". He also said, "I've seen some pretty young girls doing it and they seem to be able to handle it surprisingly well" and "It will be so hot when Child1 comes asking me to fuck her cute lil butt".

33. The last message the UC received from the Kik user was at 12:07pm on July 3, 2024. When she tried to respond to him later that afternoon, she was unable to respond and it appeared that his account had been banned from Kik. Therefore, the UC lost communication with the user.

34. HSI West Palm Beach contacted the National Center for Missing and Exploited Children (NCMEC) and inquired if any CyberTips had been generated on Kik account anarurin69. NCMEC provided HSI with CyberTip (CT) 196082469 which they received on July 3, 2024 at 19:45:15 UTC. The CT was submitted by electronic service provider MediaLab/Kik after the Kik user "anarurin69" uploaded two files of apparent child pornography on June 22, 2024 at 00:15:22 UTC. The user's email address was listed as kev.svensen@gmail.com, and numerous IP addresses were provided on the CT. The CT also noted that one of the transmitted files was a video that suspect sent to another user via private chat message. The video was distributed on June 22, 2024 at about 00:15:22 UTC, and the suspect's IP address at that time was 209.215.133.1, Port 33387. The CT also provided geo-lookup information on the suspect's IP addresses which "geo-located" to Milwaukee, WI or Froedtert Memorial Lutheran Hospital Campus, located at 900 N 92nd St, Milwaukee, WI 53226.

35. HSI West Palm Beach conducted open-record search and found that Froedtert & Medical College in Wisconsin lists on its website the photo and information for Dr. Calvin Martin Eriksen who is a transplant surgeon specializing in kidney and liver transplantation at the

11

Transplant Center – Center for Advanced Care – Froedtert Hospital, located at 8900 West Doyne Ave., Milwaukee, Wisconsin. The information showed that this surgeon sees patients of any age to include infants, children, adolescents, adults and seniors. A photo of the surgeon depicted a middle-aged white male, who appeared to be the same male in the two photos that the Kik user anarurin69 sent of himself to the UC. A search of "Calvin Martin Eriksen" on the Internet also revealed that Dr. Calvin Martin Eriksen is listed under physicians for the Children's Hospital and Health System of Children's Wisconsin.

36. On August 9, 2023, HSI West Palm Beach conducted a search of public and law enforcement databases which led to the identification of 45-year-old Calvin Martin ERIKSEN who has a date of birth of August 31, 1978. The address listed on his Wisconsin driver's license is listed as 1550 Rivers Bend, #202, Wauwatosa, Wisconsin 53226.

## WISCONSIN CYBER TIP CT205234755

37. Based on my training, experience, and knowledge of the investigation, your affiant believes that, due to the similarities in the Kik usernames, recovery email of kev.svensen@gmail.com, IP addresses pinging at Froedtert Memorial Hospital, that "anarurin69" and "anarurin99" are the same individual, Calvin Martin ERIKSEN.

38. Your affiant conducted law enforcement database checks and found ERIKSEN has a recent address of 430 Bunker Hills Dr, Brookfield, WI 53005. Per Wisconsin Department of Transportation, this address was updated in March 2025 on ERIKSEN's driver's license E625-1137-8311-05.

39. On March 21, 2025, your affiant found that the billing subscriber for utilities at 430 Bunker Hill Dr, Brookfield, WI is Calvin ERIKSEN and has been active since December 13, 2025.

12

40. On March 22, 2025, your affiant received the summons return from AT&T for subscriber information IP address "172.3.213.188" used to upload and distribute images and video of child sexual abuse material. AT&T provided that the billing party of the IP address is Calvin ERIKSEN with a billing address of 430 Bunker Hills Dr, Brookfield, WI 53005. The account was created on 7-12-2016 with an account number of 153992951. The account email associated with the account is Calvineriksen@att.net and the phone number attached to the account is 608-658-8962 with another email address of Calvin.Eriksen@Gmail.com.

41. On April 8, 2025, Honorable U.S Magistrate Judge Stephen C. Dries signed the search warrant for Kik useraccount "Anarurin99". Your affiant served the search warrant on Kik for account "Anarurin99" the same day. On April 29, 2025, your affiant received the search warrant returns from Kik.

42. On April 9, 2025, ERIKSEN was selected for a random inspection at the O'Hare International Airport in Chicago, IL by Customs and Border Protection (CBP). ERIKSEN stated the following information during the inspection. In sum, ERIKSEN is an organ transplant surgeon in Milwaukee, Wisconsin. ERIKSEN traveled to Prague, Vienna with his Japanese born wife and daughter. ERIKSEN's address is 430 Bunker Hill Dr, Brookfield, WI 53005 and his active cell phone number is 608-588-8962. He provided his email address as Calvin.Eriksen@gmail.com. ERIKSEN provided his iPhone 12 Pro with model number MGKM3LLA for a basic border inspection. The basic inspection was found to have negative results, and the iPhone was returned to ERIKSEN subsequent to the inspection.

43. Per review of the Kik search warrant returns, your affiant found the following. There were 358 pictures and 66 videos. A review of the numerous videos and pictures of child

13

sexual abuse material (CSAM) found that "Anarurin99" distributed CSAM materials to additional users on various group chats. A sample description of the content are as follows:

**File Name**: 10f9cd7d-4870-474a-9c6f-42516eb12428

**Description**: an image of a pre-pubescent minor female, fully unclothed except wearing white stockings up to her thighs, sitting on a fully erect male penis being seemingly penetrated. The minor female does not have any breast development.

**File Name:** 23ea41e4-71f0-4bb6-8a50-9e27594336f5.jpeg

**Description:** an image of a minor female, fully unclothed, sitting on a fully erect male penis, being seemingly penetrated. The minor female is sitting facing away from the male therefore **lack of pubic hair and breast development is difficult to confirm from the image however the posterior physicality of the minor lacks pre-teen features.**

**File Name:** 7ccb7327-d898-468a-9a80-739360fa0674.mp4

**Description:** a video, 9 seconds long, of an adult male engaging in vaginal sex with a minor female that is lying face down on a pink blanket. The minor female is wearing a pink bow and appears to be school aged, approximately 7 to 8 years old. Lying down next to her is another minor female observing **the sexual intercourse.**

**File Name:** 0d889f48-1493-4a-9a-9d78-18083393052a.mp4

**Description:** a video 9 seconds long, an adult female is performing fellatio on an adult male while a baby is sucking on the adult female's breast.

**File Name:** 5f7fc6fa-439b-bacd-37391cf1ce9d.mp4

**Description:** a video approximately 36 seconds long in which an adult female and adult male are having vaginal intercourse while a dog is licking the adult penis.

44. A review of the chat messages reveal the following:

   i. There were numerous messages in group chats as well as private chats with individuals in which ERIKSEN consistently introduces himself as, "M 46 Milwaukee"; "I am technically, Wauwatosa", etc. Per my experience and training, "Anarurin99" is stating that he is a male, 46 years old, and resides in Milwaukee.

   ii. On January 14, 2025, "anarurin99" sends a group message stating, "I am a surgeon. I do liver surgeries. Yes surgeries for liver cancer and other liver conditions, including liver transplants".

   iii. On November 05, 2025, "anarurin99" has a conversation with user "1familyof04_ead" consisting of "anarurin99"'s interest in having sex with a mom and her young daughter of 7 years of age, "I'd love to fuck a mom and her daughter together"; "I really want to do it with a girl your daughters age". "Anarurin99" asked user 1familyof04_ead, "Do you often share your daughter with other guys; 1familyof04 replied, "I'm open to it".

   iv. On November 18, 2024, "anarurin99" has a private conversation with user "2hott42_ojp" consisting of "anarurin99"'s interest in having sexual intercourse with a 7 year old, "Maybe your youngest can suck my cock while me and the oldest eat your sexy holes."

45. Per further review of the Kik search warrant returns, your affiant found that ERIKSEN had distributed images of himself wearing surgical scrubs and a surgical mask. The background of the picture appears to be in a hospital room. Your affiant also found ERIKSEN distributing images of his wife, Kanako ERIKSEN, and his daughter. Per database record checks, law enforcement has positively confirmed the images are of his wife and daughter. Your affiant has found ERIKSEN distributing numerous images of himself to other users on Kik.

15

a. On April 1, 2025, NCMEC generated third CyberTip, CT208482251. CT205234755 was submitted by electronic service provider MediaLab/Kik after the Kik user "ana.rurin" uploaded the same file twice of apparent child pornography on between March 23, 2025, from IP address 172.3.213.188. The user's email address was listed as kev.svensen@gmail.com. The CT also noted that one of the transmitted files was a video that suspect sent to another user via private chat message. Law enforcement has confirmed from prior cyber tips that AT&T subscriber information for 172.3.213 is Calvin ERIKSEN with a billing address of 430 Bunker Hills Dr, Brookfield, WI 53005. Kik username "ana.rurin" email address is listed as kev.svensen@gmail.com, which positively matches "anarurin99". A review of the uploaded file was conducted for CT208482251. The description of the CSAM material as follows:

   i. **File Name**: be89e7ec9c9afad72cce9433039cd777.

   ii. **Description**: an image of a pre-pubescent minor boy, fully unclothed, laying down with his feet facing the camera with an adult female sitting on the minor's penis being vaginally penetrated. The minor lacks any pubic hair and any indication of being pre-teen age.

46. Per your affiant's training and experience, based on the micro changes to the Kik username, same IP address and email address, and AT&T subscriber information, the target is the same subject of this affidavit, Calvin ERIKSEN.

47. On July 7, 2025, HSI Special Agents conducted surveillance at ERIKSEN's known residence, at 430 Bunker Hill Dr, Brookfield, WI 53005. At approximately 6:49pm, agents observed a White Toyota Rav4 bearing WI license plate ANY8896 come up the driveway of 430 Bunker Hill and open the garage. ERIKSEN stepped out of the driver's side of the vehicle, walk inside the garage, and opened the second attached garage. ERIKSEN walked back to his vehicle and moved his vehicle inside the garage. While the garage was open, there was another silver vehicle visible to law enforcement. The vehicle matched the description of a silver 2010 Toyota Yaris bearing WI 703ZCS that is known to law enforcement as being registered to ERIKSEN at 430 Bunker Hill Drive, Brookfield, WI 53005. Per WI Department of Transportation, the White Toyota Rav4 bearing WI license plate ANY8896 is registered to ERIKSEN at 430 Bunker Hill Drive, Brookfield, WI 53005.

## CONCLUSION

48. Based on the facts of the investigation detailed above in this Affidavit, coupled with my training and experience as an HSI Special Agent, I submit there is probable cause to believe that ERIKSEN violated 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 2252A(a)(5)(B), and 2252A(b)(2).