

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Calvin Eriksen<br>DOB: xx/xx/1978<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. **25-M-454 (SCD)** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Calvin Eriksen ; (dob xx/xx1978),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1), 2252A(a)(5)(B), and 2252A(b)(2)
Distribution and possession of child pornography

Date: 7-15-25

*Issuing officer's signature*

City and state: Milwaukee, WI

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07-15-2025, and the person was arrested on *(date)* 07-15-2025
at *(city and state)* Brookfield, WI.

Date: 07-15-2025

*Arresting officer's signature*

HARLEEN KAUR, SA
*Printed name and title*

# U.S. Department of Justice
## United States Marshals Service

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# BOOKING INFORMATION FORM

## BIOGRAPHICAL INFORMATION

**Last name:** ERIKSEN
**First name:** CALVIN
**Middle initial:** M
**Suffix:**

**DOB (MM/DD/YYYY):** 08/31/1978
**Subject address:** 430 Bunker Hill Dr, Brookfield, WI 53005

**Language:** English
**Country of birth:** United States
**State:**
**Mother's country of birth:** United States
**Father's country of birth:** United States

**Race:** White
**Weight (lbs.):** 200
**Sex:** Male
**Hair color:** BRO
**Eye color:** BRO
**Height (Feet):** 6
**Height (Inches):** 3

**UCN (FBI Number):**
**USMS Number:**
**FID:**
**Alien number:**
**SSN:** 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

## CASE INFORMATION

**Court case number / Warrant number:** 25 MJ 451 SCD
☐ Sealed case ☐ High profile case

**Arresting agent last name:** Kaur
**Arresting agent first name:** Harleen
**Arrest location:** 430 Bunker Hill Dr, Brookfield, WI 53005

**Arresting agent email address (must use a .gov address):** Harleen.kaur@hsi.dhs.gov
**Arresting agent phone:** (612) 430-2262
**Arresting agency ORI:** WIHSI01T0

## SUBJECT INFORMATION

**Medical condition**
☐ Coughing
☐ Coughing up blood
☐ Night sweats
☐ Unexplained fever
☐ Unexplained weight loss

**Mental condition**
☐ Thoughts of suicide
☐ Thoughts of hurting yourself
☐ Thoughts of hurting others
☐ Known someone who has committed suicide
☐ Experienced and recent loss of a family member or close friend

**Was/did the subject**
☐ Assaultive on arrest?
☐ In possession of a weapon?
☐ Have martial arts training?
☐ Attempted to escape after arrest?

**Drug usage in the past 24 Hrs.**

**Gang affiliations**
○ Yes ● No ○ Suspected

**Separatees**

**CONFIDENTIALITY NOTICE:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.