# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
|---|---|
| v. | on Criminal Complaint |
| CALVIN ERIKSEN | CASE NUMBER **25-MJ-454** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: 2:03 PM |
| Hearing Held: July 15, 2025 at 2:00 PM | Hearing Ended: 2:28 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick for Megan Thomas
CALVIN ERIKSEN, in person, and by: Dennise Moreno    ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☑ None ☐ Sworn

- ☐ Defendant consents to proceed via video
- ☑ Defendant advised of rights
- ☐ Court orders counsel appointed
    - ☐ Defendant to reimburse at $ Amount per month
- ☑ Defendant advised of charges, penalties, and fines
- ☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
- ☑ **Preliminary Hearing/Arraignment and Plea set for July 31, 2025 at 9:00 AM**

Maximum Penalties:
Mandatory minimum 5 years to 20 years imprisonment, $250,000 fine, 5 years to life SR, $100 SA, $5,000 SA dependent on finding of indigency

Government:
- Seeking detention.
- Discusses nature of allegations. IP address, phone number, email, selfies linked back to defendant using Kik platform.
- Weight of evidence is strong.
- Facing mandatory minimum five years.
- Made admissions during Mirandized interview.
- Danger to the community. Not just allegations of possession and distribution.
- No corroborating evidence to support commends of committing sexual assault of a minor.
- Discussed on two different occasions about plans to commit sexual abuse of a child.

Defense:
- Often sees exaggerated talk online in these types of cases.
- Discusses comments about fantasy/real life.
- No indication defendant took concrete steps to carry out discussions.
- Has significant ties to the community.
- Has been a doctor for 15 years. Married for last 25 years with one daughter.
- Being married suggests fictional aspect of conversations.
- Absolutely no criminal history.

- Danger can be mitigated through conditions.
- No objection to recommended conditions in bond study.
- No reason to think behavior would continue.

Court:
- Charges are serious.
- No indication defendant involved in creating and distributing images.
- Weight of evidence is strong, including admissions to police.
- No criminal history with successful career. Strong ties to the community.
- Difficult to believe defendant would start committing crimes while on supervision.
- Orders defendant released on O/R Bond with conditions.
- Likely to deny appointed counsel in this case.
- Arraignment and plea/Preliminary hearing set for 7/31/2025 at 9:00 AM.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.