**RECEIPT 462891**

DATE: July 16, 2025
RECEIVED FROM: Calvin Eriksen
ADDRESS: 430 Bunker Hill Dr, Brookfield, WI 53005

FOR: US Eastern District Court of WI  25-mj-454
N Funnell

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| BEGINNING BALANCE | | | CASH | | |
| AMOUNT PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY

© REDIFORM® S1657N-CL